

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-96,733-01

### EX PARTE ROSHANDA PIERSON, Applicant

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 4077-A IN THE 100TH DISTRICT COURT HALL COUNTY

*Per curiam.*

## O P I N I O N

Applicant was initially placed on deferred adjudication community supervision for a period of four years for the offense of engaging in organized criminal activity. Later, she was adjudicated guilty and sentenced to twenty years' imprisonment. She filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that she was denied her right to an appeal. Based on the

record, the trial court has found that Applicant is entitled to an out-of-time appeal.

Relief is granted. Applicant may file an out-of-time appeal of her conviction in cause number 4077 from the 100th District Court of Hall County. Within ten days from the date of this Court's mandate, the trial court shall determine whether Applicant is indigent. If Applicant is indigent and wants to be represented by counsel, the trial court shall appoint counsel to represent her on direct appeal. Should Applicant decide to appeal, she must file a written notice of appeal in the trial court within thirty days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: Janaury 15, 2026
Do not publish